19594. CLIFTON *v.* STANDARD LUMBER COMPANY.

BLOODWORTH, J. The evidence in this case is so very similar to that in *Poss Lumber Co.* v. *Haynie,* 37 *Ga. App.* 60 (139 S. E. 127), that the ruling in that case is controlling in this. See *Standard Lumber Co.* v. *Clifton,* 38 *Ga. App.* 291 (143 S. E. 784).

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED MAY 14, 1929.

*Anderson & Jones,* for plaintiff.
*Hinton Booth,* for defendant.